# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 4, 2022
Lyle W. Cayce
Clerk

No. 22-20218
Summary Calendar

---

United States of America,

*Plaintiff—Appellee,*

versus

Chacathron Cahee,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CR-658-1

---

Before Wiener, Elrod, and Engelhardt, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED as frivolous.